UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>SAVAGE TAVERN INC., *et al.*,<br><br>Defendants. | CASE NO.: 5:23-cv-00027-C |

### ORDER OF DISMISSAL

The Court is in receipt of the Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) whereby the parties stipulate to dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

The Clerk will close this case.

IT IS SO ORDERED.

SIGNED this the 19th day of July, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE